670

770 A.2d 326

Joseph R. CAIVANO, Executor of the Estate of
Joseph J. Caivano, Deceased, Petitioner,

v.

ALLEGHENY GENERAL HOSPITAL, Respondent.

Supreme Court of Pennsylvania.

May 2, 2001.

## ORDER

PER CURIAM:

AND NOW, this 2nd day of May, 2001, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is AFFIRMED. *See Moorhead v. Crozer Chester Medical Center*, 765 A.2d 786 (Pa.2001).